PROB 12C
(7/93)

Report Date: August 7, 2015

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 0 7 2015

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cristi Lea Largin                Case Number: 2:12CR00106-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 18, 2013

| | | |
|---|---|---|
| Original Offense: | Cts. 2 and 4: Theft of Money Orders, 18 U.S.C. § 500 | |
| Original Sentence: | Probation - 5 years | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Tyler Tornabene | Date Supervision Commenced: June 18, 2013 |
| Defense Attorney: | Robert R. Fischer | Date Supervision Expires: June 17, 2018 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1, 2 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |

**Supporting Evidence**: On May 14, 2015, U.S. probation officer C.J. Kuipers and the undersigned officer contacted Ms. Largin at her residence in Chewelah, Washington, for the purposes of an unscheduled home contact. During that contact, the undersigned officer confronted Ms. Largin about her failure to provide monthly supervision reports (MSR) to the undersigned officer. Ms. Largin stated she had been submitting her monthly supervision reports electronically. However, the undersigned officer had not received a monthly supervision report from Ms. Largin since November 2013. Subsequently, the undersigned officer provided Ms. Largin a paper version of the MSR and instructed her to complete the report and mail it to this officer immediately. As of the date of this report, the undersigned officer has yet to receive an MSR from Ms. Largin.

**Supporting Evidence**: On July 8, 2015, the undersigned officer attempted to contact Ms. Largin at her residence in Chewelah, Washington, for the purposes of an unannounced home contact. Upon knocking on the door, the undersigned officer received no response. Subsequently, a business card in the front door with a note requesting Ms. Largin to contact the undersigned officer. Ms. Largin has yet to contact the undersigned officer. Attempts to contact Ms. Largin by telephone, family members, and email have been unsuccessful. Her whereabouts are unknown at this time.

Prob12C
Re: Largin, Cristi Lea
August 7, 2015
Page 2

3     **Standard Condition #4**: The defendant shall support his or her dependents and meet other family responsibilities.

**Supporting Evidence**: On July 30, 2015, the undersigned officer was contacted by a social worker from the Washington State Department of Child Protective Services (CPS), who advised Ms. Largin was referred to that agency for abandonment, negligent, and maltreatment of her two teenage sons (ages 15 and 17).

According to an intake report provided by CPS, on July 28, 2015, Ms. Largin's adult-aged son reported to CPS that she (Ms. Largin) left her home on July 18, 2015, and had not made any contact with her two teenage sons since that time. Ms. Largin is the primary care provider for her sons. The report further advised that at the time Ms. Largin left the residence, her children had no money, very little food, or other resources. In addition, the hot water tank in the residence has reportedly been broken for approximately 3 months and her sons received a 3-day shut off notice from the utility company.

The report indicated that Ms. Largin's sons receive social security benefits due to the death of their father. It was alleged Ms. Largin does not use the money to support her sons, but uses the money to purchase prescription medication. The report indicated that Ms. Largin's drug of choice was Fentanyl patches or any other opiates. Additionally, the report alleged Ms. Largin has no problem bringing drugs into her home.

Follow up conversations with Ms. Largin's family members indicate Ms. Largin left the home she shares with her two teenage sons and 4-year-old grandson on July 18, 2015. Ms. Largin's adult-aged son has been caring for her teenage sons and her grandson since she left on July 18, 2015. Family members have voiced concern about Ms. Largin's abuse of opiate-based prescription medication and her association with known drug users.

Since leaving her home on July 18, 2015, her adult-aged son indicated that Ms. Largin and her vehicle have been seen in the area and her 17-year-old son rreportedly spoke with her briefly at a convenience store in Chewelah, Washington, on or about August 3, 2015. On August 6, 2015, the undersigned officer was able to contact Ms. Largin's 15-year-old son, in which he confirmed he has not seen or heard from his mother since July 18, 2015. Additionally, her teenage son advised Ms. Largin has left them in the past, but not for this extended amount of time.

Also on August 6, 2015, the undersigned officer contacted the CPS social worker assigned to Ms. Largin's case. The social worker confirmed that CPS has made "findings" of abandonment, negligent treatment and maltreatment against Ms. Largin in relation to her teenage sons. The social worker has confirmed that Ms. Largin's teenage children are being cared for by their adult-aged brother.

Attempts by this officer to contact Ms. Largin by telephone and email have been unsuccessful. Currently, Ms. Largin's whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/07/2015

s/Erik Carlson

Erik Carlson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

8/7/2015
Date