PROB 12C
(7/93)

Report Date: January 21, 2016

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 2 2 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cristi Lea Largin                    Case Number: 0980 2:12CR00106-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 18, 2013

Original Offense:        Theft of Money Orders, 18 U.S.C. § 500

Original Sentence:       Probation - 5 years              Type of Supervision: Probation

Asst. U.S. Attorney:     Tyler Tornabene                  Date Supervision Commenced: June 18, 2013

Defense Attorney:        Matthew A. Campbell              Date Supervision Expires: June 17, 2018

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: The offender was arrested on January 21, 2016, after being identified as the driver of a vehicle that was involved in a commercial burglary in Kettle Falls, Washington. |
| 2 | **Special Condition # 22**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: The offender failed to report for a random urinalysis test at Alcohol and Drug Education Treatment and Prevention (ADEPT) on January 13, 2016. The offender reported to ADEPT on January 14, 2016, but failed to produce a urine sample for testing. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

Prob12C
Re: Largin, Cristi Lea
January 21, 2016
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/21/2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

1/22/16
Date