PROB 12C
(7/93)

Report Date: February 1, 2016

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 0 1 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cristi Lea Largin          Case Number: 0980 2:12CR00106-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 18, 2013

| | | |
|---|---|---|
| Original Offense: | Theft of Money Orders, 18 U.S.C. § 500 | |
| Original Sentence: | Probation - 5 years | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Tyler Tornabene | Date Supervision Commenced: June 18, 2013 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: June 17, 2018 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the court on 01/22/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.<br><br>**Supporting Evidence**: Voice mail messages were left for the offender on January 19 and 20, 2016, directing Ms. Largin to call the undersigned officer. In addition, the undersigned contacted the offender's defense counsel on January 20, 2016, to request assistance in getting Ms. Largin to make contact. On January 25, 2016, an attempt to reach the offender by phone was made, however, the undersigned received no answer and the voice mail for the offender's phone stated it was full. On January 25, 2016, the offender's son was contacted to request assistance in getting Ms. Largin to make contact. The offender failed to make contact with the undersigned. Contact was only established after the undersigned made a visit to the offender's home on January 28, 2016. |
| 4 | **Standard Condition # 11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.<br><br>**Supporting Evidence**: The offender had law enforcement contact on January 21, 2016, after being identified as the driver of a vehicle that was involved in an alleged burglary. The contact is outlined in a Ferry County sheriff's officer's narrative dated January 21, 2016, |

case number 16-1-0014. Ms. Largin failed to report the contact to the undersigned within 72 hours.

5   **Special Condition # 22**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Largin failed to report for a random urinalysis test at Alcohol and Drug Education Treatment and Prevention (ADEPT) on January 26, 2016.

6   **Special Condition # 22**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Largin reported to the United States Probation Office on January 29, 2016, and was directed to submit a urine sample. The officer conducting the test seized items from the offender's person which are consistent with adulterant style materials and included a prescription pill bottle, not in the offender's name, that contained a warm liquid which Ms. Largin stated was "apple juice," a roll of electrical tape, and an empty bottle of 5-hour energy. Ms. Largin failed to produce a urine sample.

7   **Special Condition # 22**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: During the offender's initial appearance on January 29, 2016, the Court directed Ms. Largin to produce a urine sample prior to leave the building. United States Probation officer's attempted to collect a sample, however, the offender reported that she was unable to produce.

The U.S. Probation Office respectfully recommends the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the court on 01/22/2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/01/2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

Prob12C
Re: Largin, Cristi Lea
February 1, 2016
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

2/1/16
Date