PROB 12C
(7/93)

Report Date: May 23, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 24 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cristi Lea Largin        Case Number: 0980 2:12CR00106-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 18, 2013

| | | | |
|---|---|---|---|
| Original Offense: | Theft of Money Orders, 18 U.S.C. § 500 | | |
| Original Sentence: | Probation - 60 months | Type of Supervision: | Probation |
| Asst. U.S. Attorney: | Tyler Tornabene | Date Supervision Commenced: | June 18, 2013 |
| Defense Attorney: | Matthew A. Campbell | Date Supervision Expires: | June 17, 2018 |

## PETITIONING THE COURT

To issue a summons for the offender and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/22/2016 and 02/01/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition # 22**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On April 29, 2016, the offender submitted both a urine sample and an oral sample at Alcohol Drug Education Prevention and Treatment (ADEPT) for the purpose of substance testing. The samples tested presumptive positive for amphetamine, the offender denied consuming any illegal substances, and the sample was then sent to the laboratory for verification testing. The laboratory results have been received and reviewed and show a positive result for amphetamine and methamphetamine. In addition, the lab report shows that the sample had been "flushed," which is an intentional attempt to manipulate the urine sample by flooding one's system with fluid. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/23/2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

5/24/16
Date