PROB 12C
(6/16)

Report Date: August 16, 2017

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 17 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Cristi Lea Largin | Case Number: 0980 2:12CR00106-WFN-1 |
| Address of Offender: | Chewelah, Washington 99109 |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 18, 2013

| | | | |
|---|---|---|---|
| Original Offense: | Theft of Money Orders, 18 U.S.C. § 500 | | |
| Original Sentence: | Probation - 60 months | Type of Supervision: Probation | |
| Asst. U.S. Attorney: | Tyler Tornabene | Date Supervision Commenced: June 18, 2013 | |
| Defense Attorney: | Matthew A. Campbell | Date Supervision Expires: June 17, 2018 | |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Ms. Largin violated her conditions of probation by being charged for the crime of possession of controlled substance-methamphetamine.<br><br>On June 18, 2013, Ms. Largin appeared before Your Honor for the purpose of sentencing in which the terms and conditions of probation were reviewed, to include mandatory condition number 1, as noted above.<br><br>On July 11, 2017, per Colville Police Department (CPD) report number 1702547, the offender was in possession of a controlled substance-methamphetamine. CPD report number 1702547 indicates Ms. Largin was not charged on this day. On August 3, 2017, a summons was issued by Stevens County Superior Court ordering Ms. Largin to appear for an arraignment for the charges noted above. |
| 2 | **Mandatory Condition # 2**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: Ms. Largin violated her conditions of probation by unlawfully being in possession of a controlled substance, to wit, methamphetamine, on July 11, 2017.

On June 18, 2013, Ms. Largin appeared before Your Honor for the purpose of sentencing in which the terms and conditions of probation were reviewed, to include mandatory condition number 2, as noted above.

Colville Police Department report 1702547 indicates on July 11, 2017, Ms. Largin had a pipe with methamphetamine residue on her person. Furthermore, a bag of white crystals was located in Ms. Largin's vehicle. The CPD officer conducted a field test in which the white crystal substance tested positive for the characteristics of methamphetamine.

3    **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Ms. Largin violated her conditions of probation on August 11, and 14, 2017, in which she was untruthful about her recent substance abuse and failing to report to the U.S. Probation Office on August 11, 2017, as instructed.

On June 18, 2013, Ms. Largin appeared before Your Honor for the purpose of sentencing in which the terms and conditions of probation were reviewed, to include standard condition number 3, as noted above.

On August 11, 2017, the undersigned officer spoke with Ms. Largin via telephone at 8:46 a.m. at which time she agreed to report to the U.S. Probation Office at 11:30 a.m. Ms. Largin failed to show at 11:30 a.m., and the undersigned officer spoke with her at 2:06 p.m. in which she stated her care giving responsibilities prevented her from making the 11:30 a.m. appointment; she reported she would not be able to make it to the U.S. Probation Office at all on this date. When asked by the undersigned officer if she was maintaining her sobriety, she replied in the affirmative and stated she had almost a year clean and sober. Ms. Largin was instructed to report to the U.S. Probation Office on August 14, 2017, before 9:00 a.m.

Ms. Largin reported to the U.S. Probation Office on August 14, 2017, and was again questioned about her sobriety and she remained very adamant that she has not used any controlled substances in a "long time". The undersigned informed Ms. Largin a urinalysis would be conducted and she stated the sample "should be" negative as she has not used any illegal drugs in almost 1 year. Ms. Largin's urinalysis was presumptive positive for amphetamine/methamphetamine. When questioned about these results by U.S. probation officer Hanson, Ms. Largin continued to be deceitful before ultimately admitting she smoked methamphetamine on August 10, 2017. Ms. Largin apologized to the undersigned for her dishonesty.

4    **Special Condition # 22**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Largin violated her terms of probation by using methamphetamine on August 10, 2017.

On September 24, 2015, Ms. Largin appeared before Your Honor for the purpose of a probation violation hearing, in which it was ordered that Ms. Largin's conditions of probation continue including those added by U.S. Magistrate Rodgers on September 4, 2015, which included Special Condition number 22, as noted above.

On August 14, 2017, Ms. Largin's urinalysis tested presumptive positive for amphetamine and methamphetamine. Ms. Largin admitted to the undersigned, and via a written admission statement, that she smoked methamphetamine on August 10, 2017. Ms. Largin further admitted that she has used methamphetamine on a total of three occasions in approximately the last year.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 16, 2017

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

8/17/17

Date