PROB 12C
(6/16)

Report Date: September 19, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 20 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Cristi Lea Largin | Case Number: | 0980 2:12CR00106-WFN-1 |
| Address of Offender: | | Chewelah, Washington 99109 | |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 18, 2013

| | | | |
|---|---|---|---|
| Original Offense: | Theft of Money Orders, 18 U.S.C. § 500 | | |
| | Theft of Money Orders, 18 U.S.C. § 500 | | |
| Original Sentence: | Probation - 60 months | Type of Supervision: | Probation |
| Asst. U.S. Attorney: | Tyler Tornabene | Date Supervision Commenced: | June 18, 2013 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: | June 17, 2018 |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/16/2017.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 22**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On September 24, 2015, Ms. Largin appeared before Your Honor for the purpose of a probation violation hearing, in which it was ordered that Ms. Largin's conditions of probation continue including those added by U.S. Magistrate Judge Rodgers on September 4, 2015, which included special condition number 22, as noted above. |
| | Due to Ms. Largin's past issues with drug abuse, she was assigned random urinalysis color "brown," and was instructed to call Alcohol Drug Education Prevention and Treatment (ADEPT) each day and to listen for this color. Ms. Largin violated her terms of probation by providing urinalysis results which tested positive for the presence of oxycodone/oxymorphone on September 6 and 7, 2017. |
| | On September 6, 2017, Ms. Largin provided a urine sample at ADEPT which tested presumptive positive for oxycodone. The urine sample was sent to Alere Laboratories for |

further testing, and was ultimately confirmed positive for oxycodone/oxymorphone on September 11, 2017.

On September 7, 2017, Ms. Largin provided a urine sample at the U.S. Probation Office which tested presumptive positive for oxycodone. Ms. Largin denied using oxycodone. The urine sample was sent to Alere Laboratories for further testing, and was ultimately confirmed positive for oxycodone/oxymorphone on September 12, 2017.

The U.S. Probation Office respectfully recommends the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on August 16, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/19/2017

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

9/20/17

Date